FILED
2019 Mar-19 AM 09:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| SHARON STANDIFER, individually and d/b/a SUPERIOR OFFICE SOLUTIONS,  ) ) ) ) | |
| Plaintiff,  ) ) | 7:16-cv-01176-LSC |
| vs.  ) ) | |
| BEST BUY STORES, L.P.,  ) ) | |
| Defendant.  ) | |

## ORDER

The parties have informed the Court that a settlement has been reached in this matter. Accordingly, this action is DISMISSED WITH PREJUDICE. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Costs are taxed as paid.

**DONE** and **ORDERED** on March 19, 2019.

_____
L. Scott Coogler
United States District Judge

194800